

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Apache Corporation and
APA Corporation,

* From the 385th District Court
  of Midland County,
  Trial Court No. CV57872.

Vs. No. 11-21-00295-CV

* May 18, 2023

Apollo Exploration, LLC;
Cogent Exploration, Ltd., Co.;
and SellmoCo, LLC,

* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Wright, S.C.J.,
  sitting by assignment)
  (Williams, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Apache Corporation and APA Corporation.